# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

TYLER H. WILLIS,

      Plaintiff,

vs.

OFFICER SECOR, #40608, individual capacity,

      Defendants.

CASE NO. CV 16-8349 RGK (KK)
*[Assigned to Hon. Judge R. Gary Klausner, Ctrm. 850]*
*[Mag. Kenly K. Kato, Riverside Cthse, Ctrm. 3 or 4]*

**JUDGMENT**

     Defendant JOEL SECOR's Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 was taken under submission before the Honorable R. Gary Klausner, Courtroom 850.

     After considering the moving, opposing, and reply papers, the Court issued its Order granting the Motion for Summary Judgment in favor of Defendant JOEL SECOR.

     Therefore, for the reasons set forth by this Court granting the Summary Judgment, the Court now enters judgment as follows:

1. Judgment is hereby entered in favor of Defendant JOEL SECOR and against TYLER H. WILLIS as to Plaintiff's federal claim pursuant to 42 U.S.C. section 1983;

2. Judgment is hereby entered in favor of Defendant JOEL SECOR and against TYLER H. WILLIS as to Plaintiff's state tort claim of Negligence.

As the Defendant is the prevailing party, he is entitled to recover his costs reasonably incurred pursuant to F.R.C.P. 54(d) and L.R. 54.

All future dates in this action are hereby vacated.

**IT IS SO ORDERED:**

**DATED: 6/29/18**

_____

**HONORABLE R. GARY KLAUSNER**
**UNITED STATES DISTRICT JUDGE**